IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TANYA M. LEGG,

    Petitioner,

v.                                                           4:23cv101–WS/MAL

WARDEN GABBY,
F.C.I. TALLAHASSEE,

    Respondent.

_____

ORDER DENYING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 14) docketed September 15, 2024. The magistrate judge recommends that Petitioner's amended § 2241 petition for writ of habeas corpus be dismissed for failure to exhaust administrative remedies or, alternatively, be denied because Petitioner's claims are without merit. Petitioner has filed no objections to the report and recommendation.

Having reviewed the record, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 14) is ADOPTED and incorporated by reference into this order of the court.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 10) is DENIED.

3. The clerk is directed to enter judgment stating: "Tanya M. Legg's amended petition for writ of habeas corpus is dismissed for failure to exhaust administrative remedies or, alternatively, is denied because Petitioner's unexhausted claims lack merit."

4. The clerk shall close the case.

DONE AND ORDERED this ___23rd___ day of ___September___, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE